CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

NOV 30 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 1:04-cr-00053-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC THOMAS MYERS, | ) | By: Hon. James C. Turk |
|    Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (docket #77), is **DISMISSED** as untimely filed; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This 30th day of November, 2009.

/s/ James C. Turk
Senior United States District Judge